Hand-Delivered

# United States District Court
For the
Western District of North Carolina
Statesville Division

FILED
CHARLOTTE, NC

JUN 20 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

Plaintiffs:  ) Case no. 5:23-cv-94-KDB
Chad James Emke  )
 ) Jury Trial: (check one) __yes __no
VS.  )
Caldwell County, North Carolina (as)  )
Caldwell County Sherriff's Office  )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-prisoner Complaint)

### I. Parties to Complaint

Plaintiff 01: Chad James Emke
    712 Linney's Mt. Rd.
    Taylorsville, NC 28681
    Alexander County
    (828) 638-3768

Defendant 01 : Caldwell County, North Carolina (as)
    Caldwell County Sherriff's Office
    2351 Morganton Blvd. SW
    Lenoir, NC 28645

### II. Basis for Jurisdiction

United States Constitution
Eighth Amendment/ Cruel and Unusual Punishment

### III. Statement of Claim

## IV. Injuries

Plaintiff suffered abuse and willful medical/dietary neglect on multiple occasions during Plaintiff's being held at Caldwell County Detention Center. Plaintiff has medical issues, though abating through time, related to these Eighth Amendment violation along with severe emotional stress.

## V. Relief

Plaintiff hereby prays the Court for the following relief:

1) Punitive award of $161,000,000.00

2) Cost of this action to be taxed to Defendant.

3) Any other relief this Honorable Court deems just and proper.

Under federal Rule of Civil Procedure 11, By signing below, I certify to the best of my knowledge, information, and belief that this complaint:
    1) is not being filed presented for an improper purpose, as to harass, cause unnecessary delay, or needlessly increase to cost of this litigation.

2) Is supported by existing law.

3) The factual contentions have evidentiary support.

4) This complaint otherwise complies with the reqirements of Rule 11.


I agree to provide the Clerk's office with any changes to my address where case related papers may be served. I understand that my failure to keep a current address on file with the Clerk's office mat result in dismissal of my case.

Signed this the _9v_th day of ~~July~~ 2023 by: _[signature]_

Chad James Emke