# United States District Court
For the
Western District of North Carolina
Statesville Division

Summary U.S.C. 42 1983 Actions                                   06-20-2023

   Contained herein and filed 06-20-2023 US District Court 200 west Broad Street Statesville, North Carolina 28677 are ten (10) Claims for Civil Rights Violations. These Violations of Constitutional Protections occurred in Caldwell County North Carolina during the criminal proceedings of 21CRS051924 State vs. Chad James Emke (Acquittal date of 02-06-2023).

   All claims are against those acting under Color of State Law and some claims contain multiple Violations by the same parties. All claims are evidenced by States Discovery, State Official Transcripts and State Provided materials obtained by Plaintiff from the Caldwell County Clerk of Superior Court and Caldwell County Sherriff's Office Detention Center.

   Plaintiff also claims Judicial Collusion in this same matter and requests Federal Court oversight.

   In these matters Plaintiff has applied Grievances to North Carolina Judicial Standards and North Carolina BAR Association. Plaintiff has applied for relief from the North Carolina Attorney Generals Office, Federal Bureau of Investigation and North Carolina Sherriff's Standards.

   Due diligence being taken by Plaintiff. Plaintiff applies, to this Honorable Court, for relief granted in the United States Constitution as Protections to Civil Rights.

Plaintiff has done summary award amount verification and feels the amounts petitioned for are Fair and Just. That these awards for punitive damages are owed to Plaintiff. That this Honorable Court apply cost of this Litigation to be taxed to Defendants and allow Plaintiff to proceed in Forma Pauperis and has completed form AO 239.

Thank you in Advance

Chad James Emke