# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Chad James Emke, ) | JUDGMENT IN CASE |
| ) | |
| Plaintiff(s), ) | 5:23-cv-00094-KDB-SCR |
| ) | |
| vs. ) | |
| ) | |
| Caldwell County Sherriff's Office ) | |
| Caldwell County, North Carolina, ) | |
| ) | |
| Defendant(s). ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 24, 2023 Order.

August 24, 2023

Katherine Hord Simon, Clerk
United States District Court